# C. Elston & Associates, LLC
*Law Office*

P.O. Box 7
Spring Lake, New Jersey  07762#
Office (732) 280-6911
Fax (732) 280-6955
Email cmelston@elstonlaw.com

November 19, 2025

**Via CM/ECF**
Honorable Sharon A. King, U.S.M.J.
United States District Court District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey  08101

Re: **Frank Trumbetti v. The Borough of Bellmawr, et al. – Case 1:25-cv-03265 (KMW/SAK)**

Dear Judge King:

I write on behalf of Plaintiff to advise the Court of noncompliance with paragraph 4 of the Scheduling Order (ECF 40), which required service of initial written discovery requests by October 16, 2025, with responses, answers, and objections to be served in accordance with the Court Rules. An unforeseen emergency illness of an immediate family member who had to be hospitalized for a week required my absence from the office for over a week. As a result, counsel was unable to complete and serve Requests for Admissions and Interrogatories within the prescribed timeframe, resulting in approximately a one-month delay in serving this written discovery. (Document Demands were timely served). Our adversary graciously consented to an extension given the circumstances.

Plaintiff respectfully requests the Court's understanding and any necessary adjustments to the Scheduling Order to accommodate this delay, including an extension of the deadline associated with paragraph 4 and any corresponding response dates, upon a schedule the Court deems appropriate, for good cause. Plaintiff has already reached out to meet and confer with defense counsel regarding revised dates so as to immediately proceed with discovery in good faith consistent with the Order and the Local Civil Rules.

We regret any inconvenience to the Court and counsel and appreciate the Court's consideration.

Respectfully submitted,

/s/ *Catherine M. Elston*
Catherine M. Elston, Esq.

cc: All Counsel of Record (via CM/ECF)