IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| FRANK TRUMBETTI,<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF BELLMAWR., *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:25-cv-03265-KMW-SAK<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of Defendants' Motion to Dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); the Court having considered Defendants' Motion (ECF No. 38), Plaintiff's Opposition thereto (ECF No. 41), and Defendants' Reply (ECF No. 42); for the reasons set forth in the accompanying Opinion of even date; and for good cause shown;

**IT IS** this **28th** day of **August 2026** hereby

**ORDERED** as follows:

**A.** Defendants' Motion (ECF No. 38) is **GRANTED**.

**B.** The Amended Complaint (ECF No. 36) is **DISMISSED WITH PREJUDICE**.

**C.** The Clerk of Court shall mark this matter as **CLOSED**.

KAREN M. WILLIAMS, U.S.D.J.